**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO - DAYTON**

| | | |
|---|---|---|
| In Re: | * | CASE NO. 16-31234 |
| Tina Marie Brown | * | CHAPTER 7 - Judge Walter |
| | * | |
| Debtor. | * | |
| | * | |

---
**SPECIAL LIMITED NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES ON BEHALF OF**
**THE STATE OF OHIO DEPARTMENT OF TAXATION**

---

PLEASE TAKE NOTICE that the State of Ohio, Attorney General appears by its Counsel, BRADLEY C. SMITH, for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the schedules and also at the following address:

> BRADLEY C. SMITH, Special Counsel
> to the Attorney General
> 15 W. Fourth Street, Suite 100
> Dayton, Ohio 45402
> (937) 223-5200 and (Fax) (937) 223-3335

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002 but also included, without limitation, any orders, applications, motions, petitions, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interest of the State of Ohio.

This special limited notice of appearance is being filed for the sole purpose of notifying the Court and the parties of the address to be used for service of notices, orders and pleadings. The undersigned does not have the authority or capacity to waive the sovereign immunity of the State of Ohio or to consent to this Courts exercise of jurisdiction over the State of Ohio. Accordingly, this special limited notice of appearance does not

constitute a waiver of sovereign immunity by or on behalf of the State of Ohio. or any of its other departments, agencies, boards, or other instrumentalities.

        **MIKE DEWINE**
        Attorney General

          /S/ Bradley C. Smith
By: _____
        Bradley C. Smith #0023936
        Special Counsel to the Attorney General
        15 West Fourth Street Ste 100
        Dayton, Ohio 45402
        (937) 223-5200
        (937) 223-3335 Fax
        bsmithagb@flhslaw.com

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2016, a copy of the foregoing Notice of Appearance was served on the following ECF participants, **electronically** through the Court's ECF System at the email address registered with the court:

**Debtor's Attorney**
Marianne Graham Dorman
100 West Main Street
Eaton, OH 45320

Bankruptcy Staff
Collections Enforcement Section
150 E Gay Street - 21st Floor
Columbus, Ohio 43215

**Bankruptcy Trustee**
John Paul Rieser
7925 Graceland Street
Dayton, OH 45459

Ohio Dept. of Taxation
Bankruptcy Division
P. O. Box 530
Columbus, Ohio 43266-0030

**Office of the U.S. Trustee**
Asst. U.S. Trustee (Day)
170 N. High Street, Suite 200
Columbus, Ohio 43215-2417

**and served by ordinary U.S. Mail, postage prepaid, upon:**

Tina Marie Brown
Debtor
433 Woodside Drive
West Alexandria, OH 45381

/s/ Bradley C. Smith, Esq.
Bradley C. Smith, Esq.